**Michael MARLO, Plaintiff–Appellant,**

v.

**UNITED PARCEL SERVICE, INC., Defendant–Appellee.**

No. 05–56446.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Oct. 17, 2007.

Filed Oct. 25, 2007.

John A. Furutani, Esq., Furutani & Peters, LLP, G. Scott Emblidge, Esq., Rachel Sater, Esq., Moscone, Emblidge & Quadra, LLP, San Francisco, CA, for Plaintiff–Appellant.

George W. Abele, Esq., Paul Hastings Janofsky & Walker, LLP, Los Angeles, CA, for Defendant–Appellee.

Before: KOZINSKI and McKEOWN, Circuit Judges, and JONES *, District Judge.

## MEMORANDUM **

Michael Marlo appeals the district court's grant of summary judgment in favor of United Parcel Service ("UPS") on his claim that UPS misclassified its Full–Time Supervisors ("FTS") as nonexempt employees. Summary judgment is appropriate where, viewing the evidence in the light most favorable to the nonmoving party, there is no genuine issue of material fact. Fed.R.Civ.P. 56(c); *Celotex Corp. v. Catrett,* 477 U.S. 317, 322–23, 106 S.Ct. 2548, 91 L.Ed.2d 265 (1986). Marlo has raised material issues of fact related to whether the FTS "customarily and regularly exercise[ ] discretion and independent judgment." Cal.Code Regs. tit. 8, § 11090(1)(A)(1)(d) (2005). Accordingly, summary judgment as to that issue was improper.

**REVERSED AND REMANDED.**

---

* The Honorable Robert E. Jones, Senior United States District Judge for the District of Oregon, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.